**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 02-1259

JASPER LLOYD DOCKERY,

Plaintiff - Appellant,

versus

PRINCE GEORGE'S COUNTY COMMISSIONER; THE
HIGHEST OFFICIAL OF ITS BUREAU OF CHILD SOCIAL
SERVICES; KAREN LYNCH; THERESA DABULIS;
CHURCHILL COWELL; MAY CATTERTON; BRENDA
DODSON; RUTH JOYNER,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Peter J. Messitte, District Judge. (CA-
00-3548-PJM)

Submitted: July 25, 2002          Decided: July 31, 2002

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jasper Lloyd Dockery, Appellant Pro Se. John Joseph Curran, Jr.,
Attorney General, Carol Ann Smith, OFFICE OF THE ATTORNEY GENERAL
OF MARYLAND, Baltimore Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jasper Lloyd Dockery appeals the district court's order denying his Fed. R. Civ. P. 59(e) motion seeking reconsideration of the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2002) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Dockery v. Prince George's County Comm'r, No. CA-00-3548-PJM (D. Md. filed Jan. 29, 2002 & entered Feb. 4, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED